In the Matter of the Petition of DENIS W. CORRIGAN to Render and Settle His Account of Proceedings as Executor, etc., of JOHN MAGUIRE, Also Known as JOHN J. MAGUIRE, Deceased. AGNES TIERNEY, Individually and as Administratrix, etc., of MARY MAGUIRE, Deceased, Appellant; HELEN M. SMITH, EDNA M. McNULTY, and DENIS W. CORRIGAN, as Executor, etc., of JOHN MAGUIRE, Also Known as JOHN J. MAGUIRE, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 337.] Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Final Account of HOWARD A. SPERRY, as Committee of the Person and Estate of EDNA L. MITCHELL, an Incompetent Person. HOWARD A. SPERRY, Committee, Appellant; SIDNEY SZERLIP, Guardian, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY and ASHFORD AVENUE in the Village of Dobbs Ferry, Westchester County. (Case No. 5970.) THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION (STATE DIVISION, DEPARTMENT OF PUBLIC SERVICE), SUPERINTENDENT OF PUBLIC WORKS OF THE STATE OF NEW YORK, and the COUNTY OF WESTCHESTER, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.